## STATE OF CONNECTICUT v. MARCIAL S.

The defendant's petition for certification for appeal from the Appellate Court, 104 Conn. App. 361 (AC 26479), is denied.

*Michael L. Moscowitz*, in support of the petition.

*Kathryn Ward Bare*, special deputy assistant state's attorney, in opposition.

Decided January 4, 2008

## MICHAEL A. YOUNG v. COMMISSIONER OF CORRECTION

The petitioner Michael A. Young's petition for certification for appeal from the Appellate Court, 104 Conn. App. 188 (AC 26962), is denied.

*Neal Cone*, senior assistant public defender, in support of the petition.

*Margaret Gaffney Radionovas*, senior assistant state's attorney, in opposition.

Decided January 4, 2008

## JOHN SULLIVAN v. THOMAS THORNDIKE ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 104 Conn. App. 297 (AC 27339), is denied.

ROGERS, C. J., and SCHALLER, J., did not participate in the consideration or decision of this petition.

*Jason L. Musante*, in support of the petition.

Decided January 4, 2008